UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| EUGENE DUNCAN, | |
|                 Plaintiff, | 19 Civ. 7168 (LGS) |
|    -against- | ORDER |
| ALIZ GROUP, LLC, | |
|                 Defendant. | |

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties were directed to file a status letter by January 21, 2020, pursuant to the Civil Case Management Plan and Scheduling Order (ECF 18);

WHEREAS, the parties failed to file a letter by January 21, 2020. It is hereby

**ORDERED** that parties shall file a letter as soon as possible and no later than **January 30, 2020**.

Dated: January 27, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE