UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: January 31, 2020

---------------------------------------------------------X

EUGENE DUNCAN

                        Plaintiff(s),    :        19 Civ. 7168   (LGS)

             -against-       :             ORDER

ALIZ GROUP, LLC

                       Defendant(s), :

--------------------------------------------------------- X

LORNA G. SCHOFIELD, United States District Judge:

       The Court has been informed that the Parties have reached a settlement in principle in this case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  January 31, 2020
       New York, New York

                                      LORNA G. SCHOFIELD
                               **UNITED STATES DISTRICT JUDGE**